JENNIFER M. OLIVER (SBN 311196)
JENNIFER.OLIVER@BIPC.COM
BUCHANAN INGERSOLL & ROONEY LLP
ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE 1100
SAN DIEGO, CA 92101
TELEPHONE: 619 239 8700
FAX: 619 702 3898
ATTORNEY FOR
DEFENDANT LENNAR CORPORATION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SILVIA GARCIA, individually and on behalf of all others similarly situated,
Plaintiff,
vs.
LENNAR CORPORATION, a Delaware entity d/b/a WWW.LENNAR.COM,
Defendant.

Case No.: 2:23-cv-10298-FMO-DFM

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY LITIGATION**

Hearing Date: February 8, 2024
Hearing Time: 10:00 am
Location: Courtroom 6D

**NOTICE OF MOTION AND MOTION**

PLEASE TAKE NOTICE that on February 8, 2024 at 10:00 am, or as soon thereafter as the matter may be heard in Courtroom 6D of the U.S. District Court for the Central District of California, located at 350 W. 1st Street, 6th Floor, Los Angeles, CA 90012, Defendant Lennar Corporation ("Lennar") will and hereby do move the Court for an order compelling the arbitration of Plaintiff Silvia Garcia's claims and dismissing this action with prejudice. Lennar makes this Motion pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-14, and upon the grounds that Plaintiff agreed to arbitrate all claims relating to Lennar's services.

This Motion is based on this Notice of Motion and Motion, Lennar's Supporting Memorandum of Points and Authorities, the Declaration of Tony Boone and and all exhibits thereto, all documents in the Court's file, and on such other arguments as may be presented to the Court. Lennar makes this motion following the conference of counsel pursuant to Local Rule 7-3, which took place on January 2, 2024.

Dated: January 5, 2024 BUCHANAN INGERSOLL ROONEY LLP

By: */s/ Jennifer Oliver*

Jennifer M. Oliver
Attorneys for Defendant
Lennar d/b/a
WWW.LENNAR.COM