JENNIFER M. OLIVER (SBN 311196)
jennifer.oliver@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
One America Plaza
600 West Broadway, Suite 1100
San Diego, CA 92101
Telephone: 619 239 8700
Fax: 619 702 3898

Attorney for Defendant
LENNAR CORPORATION
D/B/A WWW.LENNAR.COM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SILVIA GARCIA, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

LENNAR CORPORATION, a Delaware entity d/b/a WWW.LENNAR.COM,

Defendant.

Case No.: 23-cv-10298-FMO-DFM

*Assigned to District Judge: Hon. Fernando M. Olguin and Magistrate Judge: Hon. Douglas F. McCormick*

**DEFENDANT LENNAR CORPORATION'S ANSWER TO PLAINTIFF SILVIA GARCIA'S FIRST AMENDED CLASS ACTION COMPLAINT**

Removal Filed: December 7, 2023
Complaint Filed: October 27, 2023

Defendant Lennar Corporation d/b/a www.Lennar.com ("Defendant") hereby answers the First Amended Class Action Complaint ("Complaint") filed by Plaintiff Silvia Garcia ("Plaintiff"). The paragraphs below correspond to the like-numbered paragraphs in the Complaint. Unless specifically admitted herein, Defendant denies every allegation in the Complaint.

**INTRODUCTION**

Defendant denies every allegation contained in the Introduction Paragraph.

## JURISDICTION AND VENUE

1. Defendant admits that it is incorporated in the state of Delaware with its principal place of business in the state of Florida and that it filed a notice of removal in this case. Defendant lacks knowledge sufficient to admit or deny Plaintiff's residence. The remaining allegations contained in Paragraph 1 of the Complaint are legal conclusions for which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 1 of the Complaint.

2. The allegations contained in Paragraph 2 of the Complaint are legal conclusions for which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 2 of the Complaint.

3. The allegations contained in Paragraph 3 of the Complaint are legal conclusions for which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 3 of the Complaint.

4. The allegations contained in Paragraph 4 of the Complaint are legal conclusions for which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 4 of the Complaint.

5. The allegations contained in Paragraph 5 of the Complaint are legal conclusions for which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 5 of the Complaint.

## PARTIES

6. Defendant lacks information sufficient to admit or deny the allegations contained in Paragraph 6. Specifically, Defendant lacks information sufficient to admit or deny Plaintiff's residency or citizenship and whether or not Plaintiff has ever visited Defendant's website. Defendant denies the remaining allegations in Paragraph 6.

7. Defendant admits the allegations in Paragraph 7 of the Complaint.

8. Defendant admits the allegations in Paragraph 8 of the Complaint.

## FACTUAL ALLEGATIONS

9. The allegations contained in Paragraph 9 of the Complaint are legal conclusions for which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 9 of the Complaint.

10. Paragraph 10 fails to assert an allegation to which a response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 10 of the Complaint.

11. Defendant denies the allegations in Paragraph 11 of the Complaint.

12. Defendant denies the allegations in Paragraph 12 of the Complaint.

13. Defendant denies the allegations in Paragraph 13 of the Complaint.

14. Defendant lacks information sufficient to admit or deny Paragraph 14 of the Complaint.

15. Defendant denies the allegations in Paragraph 15 of the Complaint.

16. Defendant denies the allegations in Paragraph 16 of the Complaint.

17. Defendant denies the allegations in Paragraph 17 of the Complaint.

18. Defendant denies the allegations in Paragraph 18 of the Complaint.

19. Defendant denies the allegations in Paragraph 19 of the Complaint.

20. Plaintiff fails to assert an allegation to which a response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 20 of the Complaint.

21. Defendant lacks information sufficient to admit or deny the allegations contained in the quote in Paragraph 21. To the extent a response is required, Defendant denies the allegations in Paragraph 21 of the Complaint.

22. Defendant lacks information sufficient to admit or deny the allegations contained in the quote in Paragraph 22. To the extent a response is required, Defendant denies the allegations in Paragraph 22 of the Complaint.

23. Defendant lacks information sufficient to admit or deny the allegations contained in the quote in Paragraph 23. To the extent a response is required, Defendant denies the allegations in Paragraph 23 of the Complaint.

24. Plaintiff fails to assert an allegation to which a response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 24 of the Complaint.

25. Defendant lacks information sufficient to admit or deny the allegations contained in the quote in Paragraph 25. To the extent a response is required, Defendant denies the allegations in Paragraph 25 of the Complaint.

26. Defendant denies the allegations in Paragraph 26 of the Complaint.

27. Defendant denies the allegations in Paragraph 27 of the Complaint.

28. The allegations contained in Paragraph 28 of the Complaint are legal conclusions for which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 28 of the Complaint.

29. The allegations contained in Paragraph 29 of the Complaint are legal conclusions for which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 29 of the Complaint.

30. The allegations contained in Paragraph 30 of the Complaint are legal conclusions for which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 30 of the Complaint.

31. The allegations contained in Paragraph 31 of the Complaint are legal conclusions for which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 31 of the Complaint.

32. Plaintiff faild to assert an allegation to which a response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 32 of the Complaint.

33. Plaintiff fails to assert an allegation to which a response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 33 of the Complaint.

34. Plaintiff fails to assert an allegation to which a response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 34 of the Complaint.

35. Plaintiff fails to assert an allegation to which a response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 35 of the Complaint.

36. The allegations contained in Paragraph 36 of the Complaint are legal conclusions for which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 36 of the Complaint.

37. Plaintiff fails to assert an allegation to which a response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 37 of the Complaint.

38. Plaintiff fails to assert an allegation to which a response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 38 of the Complaint.

39. The allegations contained in Paragraph 39 of the Complaint are legal conclusions for which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 39 of the Complaint.

40. The allegations contained in Paragraph 40 of the Complaint are legal conclusions for which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 40 of the Complaint.

41. Defendant denies the allegations in Paragraph 41 of the Complaint.

42. The allegations contained in Paragraph 42 of the Complaint are legal conclusions for which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 42 of the Complaint.

43. Defendant lacks information sufficient to admit or deny the allegations contained in the quote in Paragraph 43.

44. Defendant lacks information sufficient to admit or deny the allegations contained in the quote in Paragraph 44. To the extent a response is required, Defendant denies the allegations in Paragraph 44 of the Complaint.

45. Defendant denies the allegations in Paragraph 45 of the Complaint.

46. Defendant denies the allegations in Paragraph 46 of the Complaint.

## CLASS ALLEGATIONS

47. The allegations contained in Paragraph 47 of the Complaint are legal conclusions for which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 47 of the Complaint.

48. Defendant denies the allegations in Paragraph 48 of the Complaint.

49. Defendant denies the allegations in Paragraph 49 of the Complaint.

50. Defendant denies the allegations in Paragraph 50 of the Complaint.

51. Defendant lacks information sufficient to admit or deny the allegations contained in the quote in Paragraph 51.

52. Defendant denies the allegations in Paragraph 52 of the Complaint.

## FIRST CLAIM FOR RELIEF
## Violations of the California Invasion of Privacy Act
## Cal. Penal Code § 631(a)

53. The allegations contained in Paragraph 53 of the Complaint are legal conclusions for which no response is typically required.

54. The allegations contained in Paragraph 54 of the Complaint are legal conclusions for which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 54 of the Complaint.

55. Defendant denies the allegations in Paragraph 55 of the Complaint.

56. The allegations contained in Paragraph 56 of the Complaint are legal conclusions for which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 56 of the Complaint.

57. Defendant denies the allegations in Paragraph 57 of the Complaint.

58. Defendant denies the allegations in Paragraph 58 of the Complaint.

59. Defendant denies the allegations in Paragraph 59 of the Complaint.

60. Defendant denies the allegations in Paragraph 60 of the Complaint.

**SECOND CLAIM FOR RELIEF**
**Violations of the California Invasion of Privacy Act**
**Cal. Penal Code § 638.51**

61. Defendant lacks information sufficient to admit or deny the allegations contained in the quote in Paragraph 61 of the Complaint.

62. The allegations contained in Paragraph 62 of the Complaint are legal conclusions for which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 62 of the Complaint.

63. Defendant denies the allegations in Paragraph 63 of the Complaint.

64. Defendant denies the allegations in Paragraph 64 of the Complaint.

65. Defendant denies the allegations in Paragraph 65 of the Complaint.

66. Defendant denies the allegations in Paragraph 66 of the Complaint.

67. Defendant denies the allegations in Paragraph 67 of the Complaint

68. Defendant denies the allegations in Paragraph 68 of the Complaint.

**AFFIRMATIVE DEFENSES**

Without conceding that they have the burden of proof or persuasion, Defendant also asserts the following separate and distinct affirmative defenses to the Complaint and every alleged cause of action stated therein:

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Cause of Action)**

The Complaint, and each and every cause of action alleged therein fails to state facts sufficient to constitute a cause of action for which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

**(Adequate Remedy at Law)**

Plaintiff is barred from any injunctive relief sought because Plaintiff has adequate remedies at law.

**THIRD AFFIRMATIVE DEFENSE**

**(Avoidable Consequences)**

The Complaint, and each and every cause of action alleged there in, is barred by the avoidable consequences doctrine.

**FOURTH AFFIRMATIVE DEFENSE**

**(Estoppel)**

The Complaint, and each and every cause of action alleged therein, is barred by the doctrine of estoppel.

**FIFTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate Damages)**

Plaintiff failed to take reasonable steps and make reasonable expenditures to reduce Plaintiff's claims, damages, losses, if any, and that said failure to mitigate Plaintiff's damages bars or reduces any claims, losses, or damages.

**SIXTH AFFIRMATIVE DEFENSE**

**(Good Faith but Mistaken Belief)**

The Complaint, and each and every cause of action alleged therein, is barred as Defendant's alleged actions were justified by its good faith but mistaken belief.

**SEVENTH AFFIRMATIVE DEFENSE**

**(No Punitive Damages)**

Plaintiff's claim for exemplary or punitive damages is barred and invalid on its face and/or as applied to this Defendant pursuant to the First, Fifth, Eighth and Fourteenth Amendments to the Constitution of the United States and Article I of the Constitution of the State of California.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

The Complaint, and each and every cause of action alleged therein, is barred by the applicable statute of limitations.

**NINTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

The Complaint, and each and every cause of action alleged therein, is barred by the doctrine of unclean hands.

**TENTH AFFIRMATIVE DEFENSE**

**(Waiver)**

The Complaint, and each and every cause of action alleged therein, is barred by Plaintiff's waiver.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Consent)**

Plaintiff explicitly and/or impliedly consented to the alleged processing and disclosures at issue.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Expectation of Privacy)**

Plaintiff's claims are barred or reduced because Plaintiff had no reasonable expectation of privacy in the communication(s), given the terms and conditions of the user agreement with third party vendors

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Intent or Knowledge)**

Defendant lacked the requisite intent or knowledge for the alleged acts or omissions contained in the Complaint.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(Jurisdiction)**

The Court lacks personal jurisdiction over Defendant, and the lack of jurisdiction is not waived by the foregoing answer to Plaintiff's Complaint.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Necessary and/or Indispensable Parties)**

Plaintiff has failed to join necessary and/or indispensable parties.

**SIXTEENTH AFFIRMATIVE DEFENSE**

**(Lack of Standing)**

Each of Plaintiff's claims is barred, in whole or in part, by Plaintiff's lack of standing to sue.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

**(Aggregated Statutory Damages)**

Plaintiff seeks an award that would aggregate statutory damages to an extent that would be unconstitutionally excessive and disproportionate to the harm caused in violation of the Eighth Amendment's prohibition against excessive fines and/or the Fifth Amendment's guarantee of due process.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

**(Real Party)**

Plaintiff is not the real party in interest.

**NINETEENTH AFFIRMATIVE DEFENSE**

**(Privacy Policy)**

Plaintiff's claims are barred or reduced by the terms and conditions of Defendant's Privacy Policy.

**TWENTIETH AFFIRMATIVE DEFENSE**

**(Economic Loss Doctrine)**

Plaintiff's claims are barred or reduced by the Economic Loss Doctrine.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

**(Independent Acts)**

Plaintiff's claims are barred or reduced by the independent acts and/or omissions over whom Defendant lacked the right, ability, opportunity, and/or authority to direct or control.

**<u>TWENTY-SECOND AFFIRMATIVE DEFENSE</u>**

**(Cognizable injury or damages)**

Plaintiff's claims against Defendant are barred, in whole or in part, because Plaintiff has incurred no legally cognizable injury or damages, including, but not limited to, any legally cognizable injury or damages attributable to any conduct by Defendant.

**<u>TWENTY-THIRD AFFIRMATIVE DEFENSE</u>**

**(Additional Defenses)**

Defendant may have additional defenses that cannot be articulated due to Plaintiff's failure to particularize Plaintiff's claims, due to the fact that Defendant does not have copies of certain documents bearing on Plaintiff's claims and due to Plaintiff's failure to provide more specific information concerning the nature of the damage claims and claims for certain costs which Plaintiff alleges that Defendant may share some responsibility. Defendant therefore reserves the right to assert additional defenses upon further particularization of Plaintiff's claims, upon examination of the documents provided, upon discovery of further information concerning the alleged damage claims and claims for costs, and upon the development of other pertinent information.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff takes nothing by way of the First Amended Class Action Complaint;

2. That judgment be entered against Plaintiff and in favor of Defendant on all causes of action;

3. That Defendant be awarded attorneys' fees and costs of suit incurred herein; and

4. That Defendant be awarded such other and further relief as the Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Defendant hereby demands a trial by jury in the above-entitled matter.

DATED: May 12, 2025 BUCHANAN INGERSOLL & ROONEY LLP

By: */s/ Jennifer M. Oliver*
JENNIFER M. OLIVER
Attorney for Defendant
Lennar Corporation d/b/a www.lennar.com