JENNIFER M. OLIVER (SBN 311196)
jennifer.oliver@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
One America Plaza
600 West Broadway, Suite 1100
San Diego, CA 92101
Telephone: 619 239 8700
Fax: 619 702 3898

Attorney for Defendant
LENNAR CORPORATION
D/B/A WWW.LENNAR.COM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SILVIA GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LENNAR CORPORATION, a Delaware entity d/b/a WWW.LENNAR.COM,<br><br>Defendant. | Case No.: 23-cv-10298-FMO-DFM<br><br>*Assigned to District Judge: Hon. Fernando M. Olguin and Magistrate Judge: Hon. Douglas F. McCormick*<br><br>**DEFENDANT LENNAR CORPORATION'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS AND TO STRIKE**<br><br>Date: October 23, 2025<br>Time: 10:00 a.m.<br>Courtroom: 6D<br><br>Removal Filed: December 7, 2023<br>Complaint Filed: October 27, 2023 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that at 10:00 a.m. on October 23, 2025, or as soon thereafter as counsel may be heard, in Courtroom 6D of the First Street United States Courthouse, located at 350 W. 1st, Los Angeles, California 90012, Defendant Lennar Inc. ("Lennar" or "Defendant") will, and hereby does, move this Court for an Order granting Judgment on the Pleadings and dismissing both causes of action in the First Amended Complaint pursuant to Fed. R. Civ. Pro. 12(c), or, if the First Amended

Complaint is not dismissed in its entirety, striking Plaintiff's claim for punitive damages, on the following grounds:

1. Plaintiff's First Amended Complaint fails to state a cause of action under Cal. Pen. Code § 631;
2. Plaintiff's First Amended fails to state a cause of action under Cal. Pen. Code § 638.51;
3. Plaintiff has failed to allege the requisite oppression, fraud, or malice to state a claim for punitive damages, let alone with particularity, and therefore her punitive damages allegations should be stricken pursuant to Cal. Civ. Code § 3294 and Fed. R. Civ. Pro. 9(b).

This Motion for Judgment on the Pleadings is based upon this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the pleadings on file in this matter, and any such other written or oral argument as may be presented prior to or at the time of the hearing on this matter.

This Motion is made following the telephonic conference of counsel pursuant to L.R. 7-3 which took place on August 18, 2025.

DATED: September 8, 2025 BUCHANAN INGERSOLL & ROONEY LLP

By: */s/ Jennifer M. Oliver*
JENNIFER M. OLIVER
Attorney for Defendant
Lennar Corporation d/b/a www.lennar.com