PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA GARCIA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>LENNAR CORPORATION, a Delaware entity d/b/a WWW.LENNAR.COM,<br><br>    Defendants. | Case No. 2:23-cv-10298-FMO-DFM<br>Assigned to Honorable Fernando M. Olguin<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: October 27, 2023 |

**TO THE COURT, CLERK AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the parties have reached a settlement in principle of the above-captioned matter. It is anticipated that a stipulated request for dismissal in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure will be filed within forty-five (45) days of the date of this Notice.

Dated: February 17, 2026

PACIFIC TRIAL ATTORNEYS

By: */s/ Scott J. Ferrell*
Scott J. Ferrell
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2026, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.